**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RUSSELL HOOKER**                                                                    **PLAINTIFF**

**v.**                                              **No: 4:21-cv-00544-JM**

**RODNEY WRIGHT,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 19th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE